## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**LLC KOMSTROY, as successor in interest to LLC ENERGOALLIANCE**,

Petitioner,

v.

**REPUBLIC OF MOLDOVA**,

Respondent.

Case No. 14-cv-01921 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the [1] Petition to Confirm Foreign Arbitral Award is hereby GRANTED. It is further

**ORDERED** that Respondent Republic of Moldova's [37] Renewed Motion to Dismiss is hereby DENIED. It is further

**ORDERED** that Petitioner shall, by September 5, 2019, file a proposed order of judgment reflecting the amount of the constituent parts of the Award, along with a brief summary of its calculations of currency conversions and interest performed consistent with the Court's Memorandum Opinion. Respondent may respond to the form of the proposed order and the associated calculations within fourteen days thereafter.

This is a final appealable Order.

**SO ORDERED**.

Date: <u>August 23, 2019</u>

_____
CHRISTOPHER R. COOPER
United States District Judge